## UNITED STATES BANKRUPTCY COURT
## IN THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-20060-GLT |
| | ) | |
| | ) | Chapter 13 |
| Major R. Rainey, | ) | |
|         Debtor, | ) | Doc. No. |
| | ) | |
| | ) | |
| Major R. Rainey, | ) | Adv. Pro. No. 13-02133-GLT |
|         Plaintiff, | ) | |
|     vs. | ) | |
| | ) | |
| JPMorgan Chase Bank, N.A., | ) | |
|         Defendant. | ) | |

### STIPULATION TO DISMISS ADVERSARY PROCEEDING

On April 5, 2013, Plaintiff Major R. Rainey ("Plaintiff") filed a Complaint Pursuant to 11 U.S.C. §506 and Bankruptcy Rule 7001 to Determine the Value of Creditor's Allowed Secured Claim ("the Complaint").

Pursuant to Federal Rule of Civil Procedure 41(a), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff, Major R. Rainey, and Defendant, JPMorgan Chase Bank, N.A., hereby stipulate to dismiss this adversary proceeding without prejudice.

Date: __January 8, 2014__

__/s/ James M. Berent, Esq.__
James M. Berent, Esq.
The Bankruptcy Center, LLC
PA ID #314617
15 Duff Road, Suite 6-C
Pittsburgh, PA 15235
12-727-1900
412-727-6329 (Fax)
pittbkcenter@aol.com
*Attorney for Plaintiff*

__/s/ James McNally, Esq.__
James McNally, Esq.
Metz Lewis Brodman Must O'Keefe, LLC
535 Smithfield Street
Suite 800
Pittsburgh, PA 15222
*Attorney for JPMorgan Chase Bank, N.A.*